IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock

Civil Action No. 01-cv-02289-LTB-MJW

VICTOR STEELE,

     Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

     Defendant.

---

## ORDER

---

     This matter is before the Court on the Petition for Court Order (ECF No. 105) filed September 24, 2012, by Plaintiff, Victor Steele.  Mr. Steele asks the Court to issue an order directing the Bureau of Prisons and federal prison officials in Springfield, Missouri, "to allow, process and resolve all administrative remedies submitted by Victor Steele."  (ECF No. 105 at 1.)  The Petition for Court Order will be denied because the instant action, which was dismissed in 2002, is closed.  Any claims Mr. Steele wishes to pursue must be raised in a new action in an appropriate court.  Accordingly, it is

     ORDERED that the Petition for Court Order (ECF No. 105) is DENIED.

     DATED September 25, 2012.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court