IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock

Civil Action No. 01-cv-02289-LTB-MJW

VICTOR STEELE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendant.

## ORDER

This matter is before the Court on the Petition to Remove Strike (ECF No. 107) filed October 29, 2012, by Plaintiff, Victor Steele.  Mr. Steele asks the Court "to remove the strike from this cause of action and [its] appeal" (ECF No. 107 at 1), apparently because he does not want either the dismissal of this action or the appeal from the dismissal of this action to count as a strike against him pursuant to 28 U.S.C. § 1915(g).

On October 18, 2002, the Court dismissed this action with prejudice.  That order was affirmed on appeal to the United States Court of Appeals for the Tenth Circuit and the Tenth Circuit noted that "[t]he dismissal counts as a strike for purposes of . . . 28 U.S.C. § 1915(g)."  *Steele v. Fed. Bureau of Prisons*, 355 F.3d 1204, 1214 (10th Cir. 2003), *abrogated in part by Jones v. Bock*, 549 U.S. 199 (2007).

The Petition to Remove Strike will be denied.  If Mr. Steele wants to challenge another court's use of the dismissal of this action or the appeal from the dismissal of this action as a strike under § 1915(g), he must raise that objection in the other court.

Accordingly, it is

ORDERED that the Petition to Remove Strike (ECF No. 107) is DENIED.

DATED October 30, 2012.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court